AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP-23-cv-00437-KC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT and CIVIL COVER SHEET on VADIM SHTIVELMAN which was received by me on *Dec. 10, 2023*.

- [X] I personally served the SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT and CIVIL COVER SHEET on the individual at 12 Pine Road, Roseland, New Jersey 07068 on December 14, 2023 at 8:32 am ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 12/14/23

Server's signature

David Salinas

Printed name and title

725 RIVER RD., EDGEWATER, NJ 07020

Server's address

Additional information regarding attempted service, etc.:
ADIM SHTIVELMAN. Male, White, Brown hair 40+, 5,9", 170lb

Civil Action No. EP-23-cv-00437-KC

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT and CIVIL COVER SHEETs for *(name of individual and title, if any)* TIP TOP CAPITAL INC. was received by me on *12/6/23*.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* "John Doe" refused to give name but stated that he was the manager ( Maven Huffman) who is designated by law to accept service of process on behalf of *(name of organization)* TIP TOP CAPITAL INC. on *(date)* Tue, Dec 12 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $

I declare under penalty of perjury that this information is true.

Date: 12/12/23

*Server's signature*

Aaron Jones 1664210-DCA

*Printed name and title*

1026 EAST 85TH STREET, BROOKLYN, NY 11236

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Dec 12, 2023, 12:31 pm EST at 40 EXCHANGE PLACE, NEW YORK CITY, NY 10005 received by John doe . Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'11"; Hair: Black; Eyes: Brown; Other: The manager, Maven Huffman did not want to give me his name